**(May 23, 1967)**

■ In the Matter of HAROLD L. KNAUF, Appellant, v. COUNTY LEGISLATURE OF THE COUNTY OF MONROE et al., Respondents.—

Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.